**Order entered September 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00821-CV

### IN THE MATTER OF N.T., A Juvenile

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-82149-X**

## ORDER

Before the Court is the Dallas County District Clerk's August 29, 2016 request for an extension of time to file the clerk's record. The District Clerk's request is **GRANTED**. The clerk's record is due within **FIFTEEN DAYS** of the date of this order.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE